UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KRISTIN DiCROCE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION |
| ) | NO. 21-11660-PBS |
| McNEIL NUTRITIONALS, LLC ET AL, ) | |
| Defendants. ) | |

# ORDER OF DISMISSAL

SARIS, D.J.

In accordance with the Court's Memorandum and Order dated November 10, 2022, allowing defendants' motion to dismiss (Docket No. 50), it is hereby ORDERED that the above-entitled action be and hereby is dismissed with prejudice.

By the Court,

/ s / Clarilde Geraldino-Karasek
Deputy Clerk

DATED: November 10, 2022