# United States Court of Appeals
### For the First Circuit

No. 22-1910

KRISTIN DICROCE,
individually and on behalf of all persons similarly situated,

Plaintiff, Appellant,

v.

MCNEIL NUTRITIONALS, LLC and JOHNSON & JOHNSON CONSUMER INC.,

Defendants, Appellees.

**JUDGMENT**

Entered: September 18, 2023

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc: Noah Rosmarin, John Peter Zavez, Brendan M. Bridgeland, Christopher Bates Parkerson, James Michael Campbell, Hannah Y.S. Chanoine, Margaret J. Pastuszak, Kayla N. Haran, Matthew D. Powers